**SIGNED.**

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

Dated: November 24, 2009



## Minute Entry

_____
Randolph J. Haines
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

### Hearing Information:

| | |
|---:|---|
| **Debtor:** | S M COLES, L.L.C. |
| **Case Number:** | 2:08-bk-15434-RJH  **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, NOVEMBER 23, 2009 01:00 PM  6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

### Matter:

EXPEDITED HEARING ON PYRAMID POINT ESTATES HOMEOWNERS ASSOC'S MOTION TO SET ASIDE ORDER APPROVING SALE & REQUEST FOR STAY OF SALE

**R / M #:** 0 / 0

### Appearances:

MICHAEL W. CARMEL, ATTORNEY FOR S M COLES, L.L.C.
CHAD PHILIP MIESEN, ATTORNEY FOR PYRAMID POINT ESTATES HOA
DARRELL DORSEY, ATTORNEY FOR DEUTSCHE BANK

### Proceedings:

Mr. Miesen reviewed the concerns of the association.

Mr. Carmel reviewed the notice given regarding this sale.

COURT:  FINDINGS OF FACT AND CONCLUSIONS OF LAW WERE STATED ON THE RECORD.   IT IS ORDERED DENYING THE MOTION OF PYRAMID POINT ESTATES HOMEOWNERS ASSOCIATION TO SET ASIDE THE ORDER APPROVING SALE.  IT IS FURTHER ORDERED TERMINATING THE STAY OF THIS COURT'S ORDER APPROVING THE SALE EFFECTIVE IMMEDIATELY.

_____
RANDOLPH J. HAINES
U.S. BANKRUPTCY JUDGE